NATHAN WILLNER, Appellant, v. MARC HERMELIN, Respondent.— Action to recover damages for slander. Order granting defendant's motion under subdivision 9 of rule 107 of the Rules of Civil Practice, to dismiss the complaint, and the judgment entered pursuant thereto, unanimously affirmed, with $10 costs and disbursements. (*Youmans* v. *Smith*, 153 N. Y. 214; *Karelas* v. *Baldwin*, 237 App. Div. 265, 266.) Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ.

## (January 26, 1948.)

MICHAEL T. CLARK et al., Appellants, v. JOSEPH CURTIS, as President of Newspaper and Mail Deliverers' Union of New York and Vicinity, an Unincorporated Association, et al., Respondents.— (No. 68.) Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of Special Term properly made? (No. 69.) Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of Special Term properly made? The time of respondent Rockaway News Supply Co., Inc., to answer is extended until ten days after the decision of the appeal by the Court of Appeals. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See *ante*, p. 797.]

WILLIAM ENGLE, Doing Business as NEW YORK BUSINESS EXCHANGE, Respondent, v. JACOB GOLDSTEIN, Appellant. — Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

FRANCES GUERCIO et al., Appellants, v. NEW YORK LERNER COMPANY, INC., Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See *ante*, p. 782.]

SOPHIE HODGE, as Administratrix of the Estate of JOHN HODGE, Deceased, Appellant, v. FREDERIC E. LYFORD, as Trustee in Bankruptcy of New York, Ontario & Western Railway Company, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See *ante*, p. 776.]

JOSEPH MUSIAL, Appellant, v. COUNTY OF NASSAU et al., Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See *ante*, p. 779.]

KATHLEEN NELLES, as Administratrix of the Estate of ROY NELLES, JR., Deceased, Appellant, v. ROGER G. RAMSDELL, SR., et al., Respondents. HANNA HANSEN, as Administratrix of the Estate of ROY HANSEN, Deceased, Appellant, v. ROGER G. RAMSDELL, SR., et al., Respondents.— Motions for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See 272 App. Div. 1075.]